1 | Alexander F. Giovanniello (CSB # 125562)
2 | Thomas C. Swann (CSB #229422)
  | **GIOVANNIELLO LAW GROUP**
3 | One Pointe Drive, Suite 300
  | Brea, California 92821
4 | Ph:  (714) 364-4000
5 | Fax: (714) 364-4001

6 | Attorneys for Defendant:
  | DRIFTWOOD HAYWARD OPERATING
7 | COMPANY, LLC dba DRIFTWOOD
  | HEALTHCARE CENTER – HAYWARD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN PORTER, individually and as successor in interest to the ESTATE OF MINNIE GARRETT, HUMPHREY GARRETT, LAWRENCE GARRETT, TOMMY GARRETT, VIRGINIA GARRETT, DENISE DEWS, LEVI PERRY and GREGORY GARRETT, SR.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DRIFTWOOD HAYWARD OPERATING COMPANY, LLC d/b/a DRIFTWOOD HEALTHCARE CENTER-HAYWARD, DRIFTWOOD HEALTHCARE & WELLNESS CENTER, LLC, NATHANETTE FIELDS, MARGARITA MCKEEVER, MAZETTA GARRETT, and DOES 1 to 20, inclusive,<br><br>                    Defendants. | Case No.: 3:16-cv-1586<br><br>JOINT STIPULATION AND ORDER TO REMAND ACTION BACK TO STATE COURT |

///

///

1
JOINT STIPULATION AND ORDER TO REMAND ACTION BACK TO STATE COURT

1  WHEREAS on March 31, 2016, Defendant DRIFTWOOD HAYWARD OPERATING
2  COMPANY, LLC dba DRIFTWOOD HEALTHCARE CENTER – HAYWARD removed this
3  action from the Superior Court of California to the U.S. District Court based on the diversity of
4  the parties.

5  WHEREAS in support of diversity jurisdiction, Defendant DRIFTWOOD HAYWARD
6  OPERATING COMPANY, LLC dba DRIFTWOOD HEALTHCARE CENTER – HAYWARD
7  relied upon a Response to a Statement of Damages served by Plaintiffs on March 21, 2016 to
8  establish that amount in controversy was over $75,000.00.  This Response to Defendant's
9  Statement of Damages was the first Court-filed, or otherwise admissible evidence, suggesting
10 that the amount in controversy was over $75,000.00.

11 WHEREAS shortly after Defendant filed its Notice of Removal, Plaintiffs' Counsel
12 forwarded correspondence citing to multiple authorities standing for the proposition that the
13 amount in controversy was established in certain correspondence authored by Plaintiffs in
14 anticipation of mediation in November of 2015.  As a result, it is Plaintiffs' contention that the
15 deadline for removal had lapsed.

16 WHEREAS upon consideration of the legal authorities submitted by Plaintiffs,
17 Defendant DRIFTWOOD HAYWARD OPERATING COMPANY, LLC dba DRIFTWOOD
18 HEALTHCARE CENTER – HAYWARD is now of the opinion that its removal of the instant
19 action was untimely, and as a result, this Court should remand the action back to the Superior
20 Court of California without the need for a formal Motion for Remand to be filed by Plaintiffs.

21
22 THEREFORE, it is stipulated between the parties as follows:
23 1. Without the need for formal law and motion, this action should be remanded back to
24    the Superior Court of California as the removal of this action was untimely pursuant
25    to 28 U.S.C. §1446(b)(3).
26 ///
27 ///
28 ///

**IT IS SO STIPULATED:**

Dated: April 6, 2016                    **BRACAMONTES & VLASAK**

/s/ Michael R. Bracamontes
Michael R. Bracamontes
Attorneys for Plaintiffs
Humphrey Garrett, Denise Dews, Virginia Garrett, Tommy Garrett and Lawrence Garrett, as successors in interest, and individually

Dated: April 6, 2016                    **LAW OFFICES OF GEORGE HOLLAND**

/s/ George Holland
George Holland
Attorneys for Plaintiff
Evelyn Porter, as successors in interest, and individually

Dated: April 6, 2016                    **GIOVANNIELLO LAW GROUP**

By:   /s/ Thomas C. Swann
Alexander F. Giovanniello
Thomas C. Swann
Attorneys for Defendant
DRIFTWOOD HAYWARD OPERATING COMPANY, LP dba DRIFTWOOD HEALTHCARE CENTER – HAYWARD

**IT IS SO ORDERED:**

1. Without the need for formal law and motion, this Court hereby remands the action back to the Superior Court of California as the removal of this action was untimely pursuant to 28 U.S.C. §1446(b)(3).

Dated: ____4/26_____, 2016       _____
                                       Judge of the United States District Court –
                                       Northern District of California

# PROOF OF SERVICE

I am employed in the county of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is One Pointe Drive, Suite 300 Brea, California 92821.

On **April 6, 2016**, I served the foregoing document(s) described as, JOINT STIPULATION AND ORDER TO REMAND ACTION BACK TO STATE COURT, by placing the true copies thereof enclosed in sealed envelopes address as follows:

SEE SERVICE LIST ATTACHED

(XX) BY U.S. MAIL: I am "readily familiar" with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the envelope was sealed and placed for collection and mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Brea, California following ordinary business practices.

( ) BY PERSONAL SERVICE: I personally delivered the documents to the person(s) at the address(es) listed above (or on the attached service list). (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

( ) BY OVERNIGHT DELIVERY: I placed said envelope(s) for collection and overnight delivery at a regularly utilized drop box of the overnight delivery carrier.

( ) BY FAX TRANSMISSION: I faxed said document(s) to the person(s) indicated on the service list.

( ) BY ELECTRONIC SERVICE: I caused the document(s) to be sent to the person(s) at the electronic notification addresses listed on the service list.

Executed on **April 6, 2016**, at Brea, California.

(XX) STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Jenna Milnik

<u>Evelyn Porter, et. al. v. Driftwood Hayward Operating Company, LLC, et. al.</u>
Case No.: 4:16-cv-1586
SERVICE LIST

| | |
|---|---|
| George Holland<br>LAW OFFICES OF GEORGE HOLLAND<br>1970 Broadway, Suite 750<br>Oakland, California 94612 | *Counsel for Plaintiff Evelyn Porter*<br><br>Tel:   (510) 465-4100<br>Fax:   (510) 465-4747 |
| Michael R. Bracamontes<br>BRACAMONTES & VLASAK<br>220 Montgomery Street, Suite 870<br>San Francisco, California 94104 | *Associate Counsel for Plaintiffs Humphrey Garret, Denise Dews, Virginia Garrett, Tommy Garrett and Lawrence Garrett*<br><br>Tel:   (415) 835-6777<br>Fax:   (415) 835-6780 |